**R. Wayne JOHNSON, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5109.

United States Court of Appeals, Federal Circuit.

Dec. 9, 2008.

R. Wayne Johnson, Armiarillo, TX, for Plaintiff–Appellant.

L. Misha Preheim, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Michael E. DOMOZICK, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2008–7145.

United States Court of Appeals, Federal Circuit.

Dec. 9, 2008.

Michael E. Domozick, South Yarmouth, MA, pro se.

Kent C. Kiffner, Department of Justice, David J. Barrans, Michael G. Daugherty, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.